# United States Court of Appeals

For the Eighth Circuit

_____

No. 19-2170

_____

Haider Salah Abdulrazzak,

*Plaintiff - Appellant*,

v.

J. C. Smith; Dusti Werner; Joshua J. Kaufman; F/N/U Bertsch; John Doe 2, in
their individual and official capacities,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the District of South Dakota - Rapid City

_____

Submitted: March 16, 2020
Filed: March 19, 2020
[Unpublished]

_____

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Haider Salah Abdulrazzak appeals the district court's[1] dismissal of some of his claims for failure to state a claim, and adverse grant of summary judgment on his remaining claims. After *de novo* review of the record and the parties' arguments on appeal, the court finds no basis to reverse the court's orders. To the extent Abdulrazzak challenges any other court orders on appeal, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.